IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MICHAEL GARCIA, AS NEXT FRIEND<br>TO LEE TALAMANTEZ;<br>*Plaintiff*<br><br>-vs-<br><br>WELLS FARGO BANK, N.A.,<br>*Defendant* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | SA-24-CV-00149-XR |

## FINAL JUDGMENT

This action was considered by the Honorable Xavier Rodriguez, and the following Judgment is rendered. It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that:

Plaintiff Michael Garcia, as Next Friend to Lee Talamantez shall take nothing by his claims against Defendant Wells Fargo Bank, N.A. Plaintiff's claims are **DISMISSED WITHOUT PREJUDICE** for failure to prosecute and failure to comply with an order of the Court.

It is so **ORDERED**.

**SIGNED** this 1st day of July, 2024.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE